# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

LARRY & FREIDA PEELE WELLMAN  
410 W. GARNER STREET  
WILSON, NC 27893

Case No.: 15-03016-5-JNC  
SS #1: XXX-XX-7559  
SS #2: XXX-XX-7746

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 06 | 01 | 15 | The Plan was confirmed on | | | | The Case was concluded on | 01 | 06 | 16 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.         $ 24,394.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| LARRY & FREIDA PEELE WELL | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GERERAL | ATYGEN | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| EMPLOYMENT SECURITY COMMI | ESC | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | IRS | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | NCREV | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| US ATTORNEY | USATTY | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| SELECT PORTFOLIO SERVICIN | 009 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 010 | Secured | 213,005.53 | 0.00 | 0.00 | 213,005.53 |
| MARINER FINANCE NORTH CAR | 011 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 012 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT | 013 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSHMORE LOAN MANAGEMENT | 014 | Secured | 16,622.00 | 0.00 | 0.00 | 16,622.00 |
| RUSHMORE LOAN MANAGEMENT | 015 | Secured | 7,675.30 | 0.00 | 0.00 | 7,675.30 |
| RUSHMORE LOAN MANAGEMENT | 016 | Secured | 0.00 | 0.00 | 0.00 | DirectPay |
| SELECT PORTFOLIO SERVICIN | 017 | Secured | 2,345.52 | 0.00 | 0.00 | 2,345.52 |
| SELECT PORTFOLIO SERVICIN | 018 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 019 | Secured | 3,219.52 | 0.00 | 0.00 | 3,219.52 |
| SELECT PORTFOLIO SERVICIN | 020 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNTRUST BANK | 021 | Secured | 19,500.00 | 689.69 | 675.31 | 18,810.31 |
| TOWN OF GARYSBURG | 022 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO BANK N.A. | 023 | Secured | 17,500.00 | 618.95 | 606.05 | 16,881.05 |
| WILSON COUNTY TAX COLLECT | 024 | Secured | 0.00 | 0.00 | 0.00 | DirectPay |
| NORTH\HAMPTON COUNTY TAX | 029 | Priority | 111.81 | 0.00 | 0.00 | 111.81 |
| WILSON COUNTY TAX COLLECT | 030 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ADT SECURITY SYSTEMS | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ALTAIR OH XIII LLC | 032 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN INFOSOURCE | 033 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 035 | Unsecured | 289.72 | 0.00 | 0.00 | 289.72 |
| CENTURY LINK | 036 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIFINANCIAL | 037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITY OF WILSON | 038 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COMENITY BANK | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COMENITY BANK | 040 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CREDIT COLLECTION SERVICE | 041 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIRECT TV | 042 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GECRB/FUNANCING | 043 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

LARRY & FREIDA PEELE WELLMAN  
410 W. GARNER STREET  
WILSON, NC 27893

Case No.: 15-03016-5-JNC  
SS #1: XXX-XX-7559  
SS #2: XXX-XX-7746

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 06 | 01 | 15 |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Plan was confirmed on | | | |

| | MO. | DAY | YR. |
|---|---|---|---|
| The Case was concluded on | 01 | 06 | 16 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $ 24,394.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| NORTH CAROLINA DEPT OF RE | 044 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | 045 | Secured | 90,485.95 | 0.00 | 0.00 | 90,485.95 |
| PITNEY BOWES | 046 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| QUANTUM 3 GROUP | 047 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SLM FINANCIAL | 048 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NEW SOUTHERN LOANS | 049 | Unsecured | 690.33 | 0.00 | 0.00 | 690.33 |
| SPRINT | 050 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STAPLES CREDIT PLAN | 051 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WS BADCOCK CORPORATION | 052 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WELLS FARGO BANK | 053 | Unsecured | 499.95 | 0.00 | 0.00 | 499.95 |
| WELLS FARGO BANK N.A. | 023 | Unsecured | 4,922.51 | 0.00 | 0.00 | 4,922.51 |
| WILSON COUNTY TAX COLLECT | 024 | Priority | 407.86 | 0.00 | 0.00 | 407.86 |
| ROGERS, TOWNSEND & THOMAS | 054 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAPIRO & INGLE, LLP | 055 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICIN | 056 | Secured | 1,194.10 | 0.00 | 0.00 | 1,194.10 |
| INTERNAL REVENUE SERVICE | 010 | Priority | 111,095.06 | 0.00 | 0.00 | 111,095.06 |
| INTERNAL REVENUE SERVICE | 010 | Unsecured | 183,549.56 | 0.00 | 0.00 | 183,549.56 |
| SELECT PORTFOLIO SERVICIN | 057 | Secured | 12,529.70 | 0.00 | 0.00 | 12,529.70 |
| ASHLEY FUNDING SERVICES L | 058 | Unsecured | 121.99 | 0.00 | 0.00 | 121.99 |
| BANK OF AMERICA, N.A. | 059 | Unsecured | 10,679.33 | 0.00 | 0.00 | 10,679.33 |
| CAROLINA TELEHONE & TELEG | 060 | Unsecured | 511.68 | 0.00 | 0.00 | 511.68 |
| NC DEPT. OF REVENUE | 045 | Unsecured | 15,651.59 | 0.00 | 0.00 | 15,651.59 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

| | |
|---|---|
| LARRY & FREIDA PEELE WELLMAN | Case No.: 15-03016-5-JNC |
| 410 W. GARNER STREET | SS #1: XXX-XX-7559 |
| WILSON, NC 27893 | SS #2: XXX-XX-7746 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | | The Plan was confirmed on | MO. | DAY | YR. | | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06 | 01 | 15 | | | | | | | | 01 | 06 | 16 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                                $   24,394.00

| DISBURSEMENTS TO CREDITORS | | | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | | PRINCIPAL | INTEREST | |
| LARRY & FREIDA PEELE WELL | 999 | Refund | 17,206.98 | 17,206.98 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 384,077.62 | 111,614.73 | 216,916.66 | 0.00 | 17,206.98 | 729,815.99 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 1,308.64 | 0.00 | 0.00 | 0.00 | 17,206.98 | 18,515.62 | |
| INTEREST PAID | 1,281.36 | 0.00 | 0.00 | 0.00 | 0.00 | 1,281.36 | 19,796.98 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| TRAVIS SASSER | 4,044.00 | 4,044.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | | CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | EXPENSE FUND | COMPENSATION FUND | | |
| | 0.00 | 0.00 | | 463.99 | 89.03 | 0.00 | 553.02 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 03/20/2016                    Richard M. Stearns
                                     1015 Conference Dr.
                                     Greenville, NC  27858